■ GEORGE HABER, as Attorney-in-Fact for LUCIA A. B. RAMOS and Others, Appellant, v MANUFACTURERS HANOVER TRUST COMPANY et al., Respondents, and JOSE S. CASCO, Intervenor-Respondent.—Order and judgment (one paper), Supreme Court, New York County (C. Beauchamp Ciparick, J.), entered on August 31, 1989, unanimously affirmed, for the reasons stated by C. Beauchamp Ciparick, J., without costs and without disbursements. The motion by respondent Chase Manhattan to strike a portion of the appellant's brief and the motion by intervenor-respondent to strike appellant's reply

brief are denied. Concur—Kupferman, J. P., Ross, Kassal and Rubin, JJ.